UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

MIDDLEBROOKS SHAPIRO, P.C.
P.O. Box 1630
Belmar, New Jersey 07719-1630
Tel: (973) 218-6877
Jessica M. Minneci, Esq.
jminneci@middlebrooksshapiro.com
Proposed Counsel to Lighten Up Hair Salon & Spa,
LLC, Chapter 11 Debtor and Debtor-in-Possession

In Re:

LIGHTEN UP HAIR SALON & SPA, LLC,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:    26-15441

Judge: _____

Chapter: _____11_____

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, Jessica M. Minneci, Esq. , being of full age, certify as follows:

1.    I am seeking authorization to be retained as Attorney for the Chapter 11 Debtor .

2.    My professional credentials include: I am an attorney licensed to practice law in the State of New Jersey and before this Court. I have significant experience in representing Chapter 7, 11, and 13 debtors, as well as creditors, in bankruptcy cases.

3.    I am a member of or associated with the firm of: Middlebrooks Shapiro, P.C., P.O. Box 1630, Belmar, New Jersey 07719-1630. .

4.    The proposed arrangement for compensation, including hourly rates, if applicable, is as follows Middlebrooks Shapiro, P.C. agreed to a $7,500.00 retainer, plus $1,738.00 for the filing fees prior to the petition date. Hourly rates are $500/hr (Ms. Middlebrooks); $450/hr (Mr. Shapiro); $400/hr (Ms. Minneci); $100/hr (paralegals and .

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5.    To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒   None

☐   Describe connection:_____

_____

_____

6.      To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒   None

☐   Describe Connection: _____

_____

_____

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒   do not hold an adverse interest to the estate.

☒   do not represent an adverse interest to the estate.

☒   are disinterested under 11 U.S.C. § 101(14).

☐   do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐   Other.  Explain: _____

_____

_____

8.      If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: _____

_____

_____

2

b.      The proposed method of calculation of my compensation, including rates and

formulas, is: _____

_____

_____

Pursuant to D.N.J. 2014-2, I ☐ do   or   ☐ do not request a waiver of the requirements of
D. N. J. LBR 2016-1.

c.      The following is an estimate of all costs and expenses, including labor, security,

advertising, delivery, mailing, and insurance, for which I will seek reimbursement from

the sale proceeds: _____

_____

_____

d.      Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No            ☐ Yes (explain below)

_____

_____

_____

e.      I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect

and will remain so through the date of turnover of the auction proceeds.

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of

the property is as follows: _____

_____

_____

I certify under penalty of perjury that the above information is true.

Date: 5/13/2026_____          /s/ Jessica M. Minneci_____
                                            Signature of Professional

*rev.8/1/15*

3

# Exhibit A

# MIDDLEBROOKS SHAPIRO, P.C.

### ATTORNEYS AT LAW
### 841 MOUNTAIN AVENUE, FIRST FLOOR
### SPRINGFIELD, NEW JERSEY 07081
TELEPHONE (973) 218-6877
TELECOPIER (973) 218-6878
EMAIL: JSHAPIRO@MIDDLEBROOKSSHAPIRO.COM

MELINDA D. MIDDLEBROOKS, ESQ.*
JOSEPH M. SHAPIRO, ESQ.°
RICHARD P. SHAPIRO, ESQ. (1942-2002)
~
JESSICA M. MINNECI, ESQ.

°Also admitted in New York
*Also admitted in Tennessee

OF COUNSEL
MYRON S. LEHMAN, ESQ. (1928-2007)

MAILING ADDRESS:
P.O. BOX 1630
BELMAR, NJ 07719-1630

May 11, 2026

LIGHTEN UP HAIR SALON & SPA LLC
c/o Stephanie Oringer, Member
Email:

      Re:   Retainer Agreement   Chapter 11 Representation

Dear Mrs. Oringer:

In consideration for legal services to be rendered in connection with the filing of a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on behalf of LIGHTEN UP HAIR SALON & SPA LLC (NJ Entity ID No.     5068) (referred to herein as "you"), the undersigned hereby agrees to pay to Middlebrooks Shapiro, P.C. (the "Firm") the initial sum of $7,500.00, plus $1,738.00 representing court costs, before filing a Petition on behalf of the company.

This letter agreement, when accepted and signed by you coupled with the payment of the retainer and filing fee, will constitute our agreement to perform the aforementioned legal services on your behalf.

We shall each have duties and obligations with respect to this matter. Our duty shall be to exert our best efforts on your behalf in the course of our representation of you in this matter.  It shall be your duty to cooperate with us as fully as possible, in order that we may best represent you.  In this regard, you will:

(a)   not sign any documents without prior review by this Firm;

(b)   promptly furnish us with information relative to the case history, financial and other aspects of the case, as well as other documents, when required; and

(c)   promptly notify us in the event of a proposed settlement, or offer to compromise an obligation, and be absolutely truthful with us so that we may best advise you and represent your interests.

 As you know, no lawyer can guarantee a result with certainty in any matter. Any discussions in this regard, either past or future, are limited only to predictions of same based upon our experience and

Document Ref: N9FND-VMU4W-QZU6P-TFGG9

judgment, but in no event will be taken as a representation or guarantee as to the results which might be obtainable either in a contested case or by a negotiated settlement.  This Firm will never promise or provide an estimate of fees.

Attached is our Statement Regarding Billing and Fee Arrangements. Please read this Statement carefully, as it will govern our relationship. This is not a flat fee retainer agreement. The Firm's hourly rates for services rendered are billed at the prevailing rates and are billed at the time the services are rendered.  The hourly rates are as follows:

| | |
|---|---|
| Melinda D. Middlebrooks, Esq. | $500.00 per hour |
| Joseph M. Shapiro, Esq. | $450.00 per hour |
| Jessica M. Minneci, Esq. | $400.00 per hour |
| Law Clerks and Paralegals | $100.00 per hour |

Any increase in the above noted hourly rates will be made upon thirty (30) days' notice to you.

Should you decide not to proceed with your bankruptcy case after signing this Retainer Agreement, any legal services rendered to you (including the initial consultation) will be billed at the hourly rates listed above and applied against any retainer paid to this Firm.

Your signature on this Retainer Agreement constitutes acceptance of legal services being designated as "pro bono" in the event you fail to make full payment.

Additionally, this Firm is entitled to reimbursement for all out-of-pocket disbursements and expenses including, but not limited to, photocopies, travel expenses, postage, search and investigation fees, court costs, filing fees, and recording fees. Deposition charges, if any, may be sent directly to you for payment to the certified shorthand reporter. All of the aforesaid disbursements, for which we will seek reimbursement, will be detailed to you in our periodic statements of services rendered.

Any retention of outside professionals (i.e. accountants, appraisers, auctioneers, expert witnesses, etc.) will be the subject of discussions with you prior to their retention. Your retention of and use of professional services during the Chapter 11 case will require appropriate applications for retention to be filed in advance in the Chapter 11 case to be presented to the Bankruptcy Court.

You will not receive a monthly billing statement.  All fees and costs incurred in connection with your Chapter 11 case shall be submitted to the Bankruptcy Court in the form of periodic applications for compensation.

The Firm's policy is to receive a retainer in connection with the matter in which we will be providing legal services. No statement for additional charges will be rendered until such time as such retainer is exhausted in accordance with the hourly rates as set forth herein above. Should any check be returned for insufficient funds or otherwise dishonored by the Bank, you will be charged a processing fee of

Document Ref: N9FND-VMU4W-QZU6P-TFGG9

$34.00.  Replacement funds and all additional payments must thereafter be paid by money order or certified check.

At such time our representation of you is completed, or terminated by resolution or end of the litigation, case or proceeding or by entry of an Order authorizing our withdrawal as counsel, any and all outstanding fees and expenses shall be immediately due and owing and any installment payment arrangements will be deemed null and void.

By execution of this Retainer Agreement, you agree to accept email communications (in lieu of first class mail) by and between this Firm. You confirm that the email addresses set forth on page one (1) of this Retainer Agreement are correct and that you authorize this Firm to communicate with you via email for all matters.

At such time our representation of you is completed, or terminated by resolution or end of the litigation, case or proceeding or by entry of an Order authorizing our withdrawal as counsel, any and all outstanding fees and expenses shall be immediately due and owing and any installment payment arrangements will be deemed null and void.

Please be advised that until this Retainer Agreement is executed by both parties, and returned to this Firm with payment, you have not retained this Firm to represent you in any matter, including, but not limited to, a bankruptcy filing. To the extent there are any issues for which the statute of limitation has or will run or interests which are being impaired, immediately contact counsel to assist you.

Please also be advised that the protections of the automatic stay in bankruptcy are not yet in effect until a bankruptcy petition is filed on your behalf with the bankruptcy court.

By execution of this Retainer Agreement, you acknowledge receipt of the attached *Bankruptcy Information Sheet*, and confirm that you have reviewed and understood that document.

If you find that the within terms are acceptable, please affix your signature where indicated, and return this agreement together with payment to MIDDLEBROOKS SHAPIRO, P.C.

THE UNDERSIGNED HEREBY ACCEPTS THE TERMS AND CONDITIONS OF THE WITHIN RETAINER AGREEMENT, AND ACKNOWLEDGES THEIR AUTHORITY TO BIND THEIR COMPANY TO THIS AGREEMENT:

LIGHTEN UP HAIR SALON & SPA LLC

*Stephanie Oringer*

2026-05-11                                    By:

Stephanie Oringer, Managing Member

Document Ref: N9FND-VMU4W-QZU6P-TFGG9

Dated:

**MIDDLEBROOKS SHAPIRO, P.C.**

By:  /s/ Melinda D. Middlebrooks

Melinda D. Middlebrooks, Esq.

Dated:  5/13/2026

Document Ref: N9FND-VMU4W-QZU6P-TFGG9

**STATEMENT RE: BILLING AND FEE ARRANGEMENTS UNDERSTANDING.**

The Firm is pleased to have the opportunity to serve you. Our aim is to provide you with the highest quality and most cost-efficient services possible. Experience has shown that our relationship will be stronger if we proceed with a mutual understanding about our charges and their payment before our retention commences. Unless our arrangement letter relating to this matter specifically alters these arrangements, the terms of this Statement will apply to the matter covered by the engagement letter. Unless expressly changed in a subsequent engagement letter, these terms will also apply to all future matters as to which we represent you.

FEES. The fee will be primarily based upon the amount of time spent by the attorneys or paralegals. Each such person has an hourly billing rate, and the rate in effect on the date which the work is done, multiplied by the number of hours spent on the project, is the initial basis for determining our fee. We will bill out time in multiples of tenths of an hour. A minimum of one-tenth of one hour will be billed for each action we perform.

WORK ASSIGNMENTS. Portions of your work may be assigned to other firm staff and personnel. This case management allows the firm to provide you with services at a fair and reasonable price. The supervising lawyer will continue to be responsible to you for the entire assignment. Any concerns that you have with respect to the staffing of your matter should be discussed promptly with the attorney.

STATEMENTS Except as otherwise agreed, statements will be rendered periodically to reflect work performed, as well as disbursements or expenses incurred, on your behalf.

DISBURSEMENTS. "Disbursements" incurred in connection with your matters can include long distance telephone charges, special postage and expedited mailing charges, delivery/messenger charges, word processing, telex and facsimile charges, travel expenses, computerized legal research, secretarial overtime, photocopying, printing, binding and use of other services providers. The firm will also expect prompt reimbursement for payments made on your behalf to court fees, court reporters, witness fees, expert witnesses, service of process, etc. If a specific disbursement is more than $100, we may require that you pay it directly to the vendor.

PAYMENT. Statements are due and payable in full when rendered. If we do not receive questions from you about a statement within thirty (30) days after the date of the statement, then it is assumed that you find it in order. Payment should be made on draft payable to "Middlebrooks Shapiro, P.C.". Statements unpaid for more than forty-five (45) days after the date of the statement will be subject to a late charge of 1.5% per month (18% per year) on the unpaid balance, commencing on the date of the statement and continuing until paid, whether or not a judgment is sooner obtained. If any statement remains unpaid for more than sixty (60) days, we may, consistent with our ethical obligations and judicial requirements, cease performing services for you until satisfactory arrangements have been made for payment of the arrearage as well as future fees and disbursements.

QUESTIONS. Should you have any questions about these arrangements or our statements, please discuss them with me. It is most important that we proceed on a mutually satisfactory basis and understanding.

**MIDDLEBROOKS SHAPIRO, P.C.**

Document Ref: N9FND-VMU4W-QZU6P-TFGG9

# BANKRUPTCY INFORMATION SHEET

**BANKRUPTCY LAW IS A FEDERAL LAW.   THIS SHEET PROVIDES YOU WITH GENERAL INFORMATION ABOUT WHAT HAPPENS IN A BANKRUPTCY CASE. THE INFORMATION HERE IS NOT COMPLETE.  YOU MAY NEED LEGAL ADVICE.**

## WHEN YOU FILE BANKRUPTCY

You can choose the kind of bankruptcy that best meets your needs (provided you meet certain qualifications):

> Chapter 7 – A trustee is appointed to take over your property.  Any property of value will be sold or turned into money to pay your creditors.  You may be able to keep some personal items and possibly real estate depending on the law of the State where you live and applicable federal laws.

> Chapter 13 – You can usually keep your property, but you must earn wages or have some other source of regular income and you must agree to pay part of your income to your creditors.  The court must approve your repayment plan and your budget.  A trustee is appointed and will collect the payments from you, pay your creditors, and make sure you live up to the terms of your repayment plan.

> Chapter 12 – Like chapter 13, but it is only for family farmers and family fishermen.

> Chapter 11 – This is used mostly by businesses.  In chapter 11, you may continue to operate your business, but your creditors and the court must approve a plan to repay your debts.  There is no trustee unless the judge decides that one is necessary; if a trustee is appointed, the trustee takes control of your business and property.

If you have already filed bankruptcy under chapter 7, you may be able to change your case to another chapter.

Your bankruptcy may be reported on your credit record for as long as ten years.  It can affect your ability to receive credit in the future.

## WHAT IS A BANKRUPTCY DISCHARGE AND HOW DOES IT OPERATE?

One of the reasons people file bankruptcy is to get a "discharge."  A discharge is a court order which states that you do not have to pay most of your debts.  Some debts cannot be discharged.  For example, you cannot discharge debts for–

- most taxes;
- child support;
- alimony;
- most student loans;
- court fines and criminal restitution; and
- personal injury caused by driving drunk or under the influence of drugs.

The discharge only applies to debts that arose before the date you filed.  Also, if the judge finds that you received money or property by fraud, that debt may not be discharged.

It is important to list all your property and debts in your bankruptcy schedules.  If you do not list a debt, for example, it is possible the debt will not be discharged.  The judge can also deny your discharge if you do

*~ Over ~*                                                     *Text Revised 10/05*

Document Ref: N9FND-VMU4W-QZU6P-TFGG9

something dishonest in connection with your bankruptcy case, such as destroy or hide property, falsify records, or lie, or if you disobey a court order.

You can only receive a chapter 7 discharge once every eight  years. Other rules may apply if you previously received a discharge in a chapter 13 case.  No one can make you pay a debt that has been discharged, but you can voluntarily pay any debt you wish to pay.  You do not have to sign a reaffirmation agreement (see below) or any other kind of document to do this.

Some creditors hold a secured claim (for example, the bank that holds the mortgage on your house or the loan company that has a lien on your car).  You do not have to pay a secured claim if the debt is discharged, but the creditor can still take the property.

## WHAT IS A REAFFIRMATION AGREEMENT?

Even if a debt can be discharged, you may have special reasons why you want to promise to pay it.  For example, you may want to work out a plan with the bank to keep your car.  To promise to pay that debt, you must sign and file a reaffirmation agreement with the court.  Reaffirmation agreements are under special rules and are voluntary.  They are not required by bankruptcy law or by any other law.  Reaffirmation agreements–

- must be voluntary;
- must not place too heavy a burden on you or your family;
- must be in your best interest; and
- can be canceled anytime before the court issues your discharge or within 60 days after the agreement is filed with the court, whichever gives you the most time.

If you are an individual and you are not represented by an attorney, the court must hold a hearing to decide whether to approve the reaffirmation agreement.  The agreement will not be legally binding until the court approves it.

If you reaffirm a debt and then fail to pay it, you owe the debt the same as though there was no bankruptcy. The debt will not be discharged and the creditor can take action to recover any property on which it has a lien or mortgage.  The creditor can also take legal action to recover a judgment against you.

**IF YOU WANT MORE INFORMATION OR HAVE ANY QUESTIONS ABOUT HOW THE BANKRUPTCY LAWS AFFECT YOU, YOU MAY NEED LEGAL ADVICE.  THE TRUSTEE IN YOUR CASE IS NOT RESPONSIBLE FOR GIVING YOU LEGAL ADVICE.**

*Text Revised 10/05*

Document Ref: N9FND-VMU4W-QZU6P-TFGG9